IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 50.4.221.114

**ISP:** WideOpenWest
**Physical Location:** Dearborn, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/17/2018 09:45:28 | 2C5C0656DC601BB368728A2899CBBB17ED2CD2D6 | Angelic Touch |
| 12/28/2017 05:18:07 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 11/05/2017 02:40:49 | BCC5E9E317043BEE10389EC6678E56A9BD7B8D79 | Blonde College Girl Perfection |
| 10/23/2017 22:28:15 | B5A1DFA10810FDCDFC47A40AAD0584B751C57BA4 | LOLA |
| 10/23/2017 18:07:02 | 26AB36591F61C14285B4827589BD256A788D8552 | Sultry Hot Summer |
| 09/25/2017 17:54:59 | E87C0BED2480FBB4A0B1EC0760EA38CD22661026 | Welcome To The Jungle |
| 09/19/2017 18:25:24 | 23DB819756F73FDF8458C95719F3F9C5918325DC | The Call Girl |
| 02/16/2017 05:17:07 | 54DF23F66D1220260910D0C81A92AD6595462BFB | Pink Kitty |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

NEMI411